**Ogletree Deakins**

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*Attorneys at Law*

599 Lexington Avenue, Fl 17
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

Kelly Cardin
203.969.3109
Kelly.Cardin@ogletreedeakins.com

April 24, 2020

**Via ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Application granted. This action is hereby stayed pending resolution of the parties' arbitration.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> 4/27/2020

RE: *Quinseya Johnson v. Starbucks*
Case No. 19-cv-11795 (RA)

Dear Judge Abrams:

The Parties write to request that the Court stay the instant matter pending the outcome of a mandatory arbitration process. In support of this request, the Parties state as follows:

Plaintiff filed this action on December 25, 2019. After receiving the Complaint, Defendant informed Plaintiff that her claims are subject to an arbitration agreement between the Parties. Upon reviewing the document, Plaintiff agreed that this action is governed by that agreement. The Parties thus request that the Court stay these proceeding pending arbitration, thereby obviating the need for Defendant to make a motion.

Defendant's date to answer, move against, or otherwise respond to the Complaint is April 27, 2020. Defendant will be filing a request for extension of this deadline to allow the Court time to rule on this letter motion.

Thank you for your time and attention to this matter.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Counsel for Plaintiff*                              *Counsel for Defendant*

By: /s/ *Kareem E. Abdo*                    By: /s/ *Kelly M. Cardin*
    Kareem E. Abdo                                   Kelly M. Cardin

cc: All counsel of record (by ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington