**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Avenue, 17th Floor
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

Kelly Cardin
203.969.3109
kelly.cardin@ogletree.com

June 26, 2020

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      RE:    *Quinseya Johnson v. Starbucks*
              Case No. 1:19-cv-11795 (RA)

Dear Judge Abrams:

      We represent the Defendant in the above-referenced matter. We submit, on behalf of the Parties, a joint status report to the Court as follows:

      On April 27, 2020, this Court entered an Order pursuant to the joint stipulation of Plaintiff and Defendant staying the entire action and submitting the matter to binding arbitration. (ECF No. 17.)

      Plaintiff sent her Demand for Arbitration to the Starbucks Arbitration Coordinator on May 28, 2020 as required under the Arbitration Agreement between Plaintiff and Defendant. The Parties require additional time to submit the matter to arbitration in light of delays and issues related to the ongoing COVID-19 situation.

                                        Respectfully submitted,

                                        OGLETREE, DEAKINS, NASH,
                                         SMOAK & STEWART, P.C.

                                    By:    */s/ Kelly M. Cardin*
                                               Kelly M. Cardin

cc:    All counsel of record (by ECF)

43320391.1

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington