UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
QUINSEYA JOHNSON,

                Plaintiff,

     -against-                          Civil Action No. 1:19-cv-11795 (RA)

STARBUCKS,                       **STIPULATION AND ORDER OF**
                                                **DISMISSAL WITH PREJUDICE**

                Defendant.
------------------------------------------------------------------- x

        The parties in the above matter, having resolved their differences, hereby agree that this action shall be dismissed without costs or attorneys' fees to any party, with prejudice.

Dated: New York, New York
         August 2?, 2020

KAREEM E. ABDO, ESQ.                        OGLETREE, DEAKINS, NASH,
                                                        SMOAK & STEWART, P.C.

By _____                    By _____
    Kareem E. Abdo, Esq.                            Kelly M. Cardin, Esq.
30 Wall Street, 8th Floor                         599 Lexington Avenue, 17th Floor
New York, New York 10005                   New York, New York 10022
(646) 286-6472                                          (212) 492-2500
kareemabdolaw@gmail.com                    Kelly.cardin@ogletreedeakins.com

*Attorneys for Plaintiff*                               *Attorneys for Defendant*

SO ORDERED:

_____
Hon. _____
Dated: _____, 2020

9